FILED
SCRANTON
MAR 31 2014
PER _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA COPPOLO, | : | |
| Plaintiff | : | Civil Action No. 3:13-CV-636 |
| | : | |
| v. | : | |
| | : | (Judge Nealon) |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security, | : | (Magistrate Judge Carlson) |
| Defendant | : | |

## ORDER

NOW, this 31st day of March, 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation (Doc. 13) is **ADOPTED**.

2. Plaintiff's appeal of the Commissioner's decision denying her application for disability insurance benefits is **GRANTED**.

3. The case is **REMANDED** to the Commissioner of Social Security for further consideration and development of the medical evidence as detailed in the Magistrate Judge's Report and Recommendation, (Doc. 13).

4. The Clerk of Court is directed to **CLOSE** this case.

_____
United States District Judge